COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



CONTINUING ORDER OF ABATEMENT

Appellate case name:       Tetra Technologies, Inc. v. David Alleman and Alleman Consulting, LLC

Appellate case number:     01-19-00049-CV

Trial court case number:   2086-66742

Trial court:               268th District Court of Harris County

On July 9, 2019, this Court abated this appeal pending the trial court's resolution of a related matter. Since then, appellees have filed several status reports in this Court, with the most recent being filed on June 10, 2022.

On June 23, 2022, we directed appellees to file another report advising the Court of the status of any trial court proceedings within 90 days from the date of our order. We did not receive a response.

Accordingly, we again direct appellees, **no later than 60 days from the date of this order**, to file another report advising the Court of the status of any trial court proceedings. If appellees do not respond as directed, the case may be reinstated on the Court's active docket and the appeal may proceed under the applicable Texas Rules of Appellate Procedure.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature:    ___/s/ Julie Countiss_____
                      ☑ Acting individually    ☐ Acting for the Court

Date: October 27, 2022